UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD W. BLANKENSHIP and GARY BRASSFIELD, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> PUSHPIN HOLDINGS, LLC, LEASE FINANCE GROUP AND JAY COHEN, <br><br> Defendants. | No. 1:14-cv-06636 (ASE) (JTG) |

## PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE STATUS DATE FROM SEPTEMBER 10, 2015 TO SEPTEMBER 17, 2015

Plaintiffs move that the status date of September 10, 2015 be rescheduled to September 17, 2015 at 8:30 a.m. because Plaintiffs' counsel will be out of town on the original date. Defense counsel have no objection to this motion.

Wherefore, Plaintiffs respectfully request that the status date of September 10, 2015 be rescheduled to September 17, 2015 at 8:30 a.m.

Plaintiffs,


By: *Howard B. Prossnitz /s/*

Howard B. Prossnitz,
Law Offices of Howard Prossnitz
218 North Jefferson Street
Suite 300
Chicago, IL 60661

Dated: May 15, 2015


Certificate of Service

    I, Howard Prossnitz, an attorney, certify that I served a copy of the foregoing, on all counsel of record, electronically on this 15th day of May, 2015

*Howard B. Prossnitz /s/*