UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD W. BLANKENSHIP, and GARY BRASSFIELD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PUSHPIN HOLDINGS, LLC, LEASE FINANCE GROUP LLC, and JAY COHEN,<br><br>Defendants. | Case No. 1:14-cv-06636 (ASE) (JTG) |

## NOTICE OF DENIAL OF MOTION TO RECONSIDER IN *JOHNSON V. PUSHPIN HOLDINGS, LLC*

Defendants, PUSHPIN HOLDINGS, LLC ("Pushpin"), LEASE FINANCE GROUP LLC ("LFG") and JAY COHEN ("Cohen") (collectively, "Defendants"), by and through their attorneys, Moses and Singer LLP and Levenfeld Pearlstein, LLC, respectfully submit this Notice of Denial of Motion to Reconsider in *Johnson v. Pushpin Holdings, LLC*, and state as follows:

1. On March 24, 2015, Defendants filed a Notice of Dismissal in *Johnson v. Pushpin Holdings, LLC, et al.*, Case No. 2013-CV-7468 (the "Johnson Case"). (Dkt. 39).

2. A Motion to Reconsider was later filed by Plaintiffs in the Johnson Case. To keep the Court apprised, on August 6, 2015, Judge Kocoras' denied the Motion to Reconsider. A copy of Judge Kocoras' Memorandum Opinion is attached hereto as ***Exhibit A***.[1]

---

[1] Plaintiffs noted in opposition to the Motion to Dismiss that a Motion to Reconsider had been filed and was pending in the Johnson Case. (Dkt. 63 at p. 6) This Motion to Reconsider has now been disposed of.

LP 6438825.1 \ 38909-98162

|  |  |
|---|---|
| **Dated: August 11, 2015** | Respectfully submitted,<br><br>By:   /s/ Jason B. Hirsh<br>Gary Blackman (ARDC #6187914)<br>Jason Hirsh (ARDC # 6283094)<br>Levenfeld Pearlstein, LLC<br>2 N. LaSalle St., Suite 1300<br>Chicago, Illinois 60602<br><br>Scott E. Silberfein (*pro hac vice*)<br>John V. Baranello (*pro hac vice*)<br>Moses & Singer LLP<br>405 Lexington Avenue<br>New York, New York 10174-1299<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Jason B. Hirsh, an attorney, hereby certify that on August 11, 2015, I electronically filed **NOTICE OF DENIAL OF MOTION TO RECONSIDER IN *JOHNSON V. PUSHPIN HOLDINGS, LLC*,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

Howard B. Prossnitz, Esq.
Law Offices of Howard B. Prossnitz
218 North Jefferson
Suite 300
Chicago, Illinois 60661

/s/ Jason Hirsh
JASON B. HIRSH